IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTISAN AND TRUCKERS CASAULTY CO., <br><br> Plaintiff, <br><br> v. <br><br> BRITTANY OSCHMANN, et al., <br><br> Defendants. | Case No. 3:24-cv-02485-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on July 29, 2025 (Doc. 75), this action is **DISMISSED with prejudice**.

    DATED:  August 27, 2025

                                            MONICA A. STUMP,
                                            Clerk of Court

                                            By:  **s/ *Jackie Muckensturm***
                                                      Deputy Clerk

    **APPROVED: s/ *Stephen P. McGlynn***
                  STEPHEN P. McGLYNN
                  U.S. District Judge