IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTISAN AND TRUCKERS CASAULTY CO., <br><br> Plaintiff, <br><br> v. <br><br> BRITTANY OSCHMANN, et al., <br><br> Defendants. | Case No. 3:23-cv-02485-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Orders entered on March 7, 2025, and July 29, 2025 (Docs. 68, 75), this action is **DISMISSED with prejudice**. **IT IS FURTHER ORDERED AND ADJUDGED** that Artisan shall comply with Defendants' arbitration demand regarding the UIM claim. **IT IS FURTHER ORDERED AND ADJUDGED** that Artisan's liability shall be capped at the UIM policy limit, less the amount already paid by Kenneth's insurance with The Hartford.

**DATED:** August 27, 2025

MONICA A. STUMP,
Clerk of Court

By: **s/ *Jackie Muckensturm***
    Deputy Clerk

APPROVED: **s/ *Stephen P. McGlynn***
         **STEPHEN P. McGLYNN**
         **U.S. District Judge**